IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELLIOTT M. KNOX, #339-498, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. ELH-17-2553 |
| THE STATE OF MARYLAND, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT MOTION FOR REVISED SETTLEMENT ORDER**

Plaintiff, Elliott M. Knox, and Defendants, the State of Maryland, Lieutenant Thomas Sawyers, Sergeant Gregory Forney, C.O. II Ronald Saville, C.O. II Michael Walters, C.O. II Jason Frantz, and C.O. II David Reed, by their counsel, move for a revised settlement order and state:

1) This Court's initial Settlement Order (ECF 41) which provided that this case would be dismissed with prejudice within 30 days of May 28, 2019, unless a party shows good cause to reopen if settlement is not consummated, was extended to July 28, 2019. (ECF 43).

2) After several rounds of drafting, the parties have finalized a written settlement agreement and are in the process of having the agreement signed and dated among the multiple parties. Once the written agreement is executed, which should be shortly, additional time will be needed to consummate the settlement.

3) Sixty (60) additional days should be sufficient to consummate settlement.

WHERERFORE, the parties move to revise the settlement order to allow sixty (60) additional days to consummate settlement.

> Respectfully submitted,
>
> BRIAN E. FROSH
> Attorney General of Maryland
>
> _____/s/_____
> STEPHANIE LANE-WEBER
> Assistant Attorney General
> Federal Bar No. 00023
>
> St. Paul Plaza - 19th Floor
> 200 St. Paul Place
> Baltimore, Maryland   21202
> (410) 576-6340 (Telephone)
> (410) 576-6880 (Telefax)
> E-mail: slaneweber@oag.state.md.us
>
> Attorneys for Defendants